UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA E. YOUNG, SR., :<br>:<br>Plaintiff :<br>:<br>-vs- :<br>:<br>DENNIS J. KAZMENSKI, D.D.S., and :<br>ROBERT MOCZULSKI, D.D.S., :<br>:<br>Defendants : | NO. 3:CV-05-2452<br><br>(Judge Kosik) |

## **ORDER**

NOW, this 28th day of November, 2005, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve plaintiff's complaint on the defendants named therein.

                                            s/Edwin M. Kosik
                                            United States District Judge

---

[1] Plaintiff completed this court's form application to proceed *in forma pauperis* and authorization to have funds deducted from his prison account. The court then issued an Administrative Order on November 25, 2005 (Doc 5) directing the Warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.