UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DANA E. YOUNG, SR., :
:
        Plaintiff :
: NO. 3:CV-05-2452
    -vs- :
: (Judge Kosik)
:
DENNIS J. KAZMENSKI, D.D.S., and :
ROBERT MOCZULSKI, D.D.S., :
:
        Defendants :

## **ORDER**

AND NOW, this 24th day of May, 2006, it appearing to the court that the complaint in the instant action was filed on November 25, 2005 and the answer thereto was filed on April 14, 2006, IT IS HEREBY ORDERED THAT:

    1.  The parties shall have sixty (60) days from the date of this Order in which to conduct discovery;

    2.  The parties shall have thirty (30) days from the conclusion of discovery in which to file dispositive motions.

                                                  s/Edwin M. Kosik
                                                  United States District Judge