UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA E. YOUNG, SR., | : |
| Plaintiff | : |
| | : NO. 3:CV-05-2452 |
| -vs- | : |
| | : (Judge Kosik) |
| DENNIS J. KAZMERSKI, D.D.S., and ROBERT MOCZULSKI, D.D.S., | : |
| Defendants | : |

## **ORDER**

AND NOW, this 26th day of February, 2008, the above-entitled matter having been reopened on remand,

IT IS HEREBY ORDERED that the parties submit a pre-trial statement within thirty (30) days, after which the court will schedule a non-jury trial in the absence of a timely demand for jury trial from either party.

*s/Edwin M. Kosik*
United States District Judge